# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an **Application for Admission** before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at **Register for eFiling**.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** _____ as

[ ]Retained   [ ]Court-appointed(CJA)   [ ]Court-assigned(non-CJA)   [ ]Federal Defender   [ ]Pro Bono   [ ]Government

COUNSEL FOR: _____

_____as the
(party name)

appellant(s)   appellee(s)   petitioner(s)   respondent(s)   amicus curiae   intervenor(s)   movant(s)

_____
(signature)

_____       _____
Name (printed or typed)                             Voice Phone

_____       _____
Firm Name (if applicable)                           Fax Number

_____

_____       _____
Address                                             E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

_____            _____
            Signature                                              Date

01/19/2016  SCC

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing document was served upon the following, via U.S. Mail and/or electronic mail this 26th day of January, 2017:

Bryan A. Fratkin
Brian D. Schmalzbach
MCGUIREWOODS LLP
800 East Canal Street Richmond, VA
23219 bfratkin@mcguirewoods.com
bschmalzbach@mcguirewoods.com

Robert W. McFarland
MCGUIREWOODS LLP
101 West Main Street
Suite 9000
Norfolk, VA 23510
rmcfarland@mcguirewoods.com
*Counsel for Appellee-Defendant,*
*Colonial Claims Corporation*

Theodore Ira Brenner Alexander
S. DeWitt FREEBORN &
PETERS LLP
411 East Franklin Street
Suite 200
Richmond, VA 23219
tbrenner@beylaw.com
adewitt@freeborn.com
*Counsel for Appellees-Defendants,*
*Wright National Flood Insurance Company and Jeffrey Nicholl*

Ramsay C. McCullough
Kristina H. Vaquera
JACKSON LEWIS PC
Suite 800
500 East Main Street Norfolk, VA 23510
ramsay.mccullough@jacksonlewis.com
vaquerak@jacksonlewis.com
*Counsel for Appellees-Defendants,*
*KLSM Consulting Group, Inc., d/b/a JD Consulting & Appraisal Group, CIS Group LLC,*
*Samuel Woodard, and Jeffrey P. Kaiser*