# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

November 17, 2017

Mr. Theodore Ira Brenner
FREEBORN & PETERS, LLP
411 East Franklin Street
P. O. Box 470
Suite 200
Richmond, VA 23218-0470

James D. Johnson
JACKSON KELLY PLLC
221 North West 5th Street
P. O. Box 1507
Evansville, IN 47706-1507

Joseph H. Langerak IV
JACKSON KELLY PLLC
221 North West 5th Street
P. O. Box 1507
Evansville, IN 47706-1507

Ramsay C. McCullough
JACKSON LEWIS PC
500 East Main Street
Suite 800
Norfolk, VA 23510

Ms. Kristina H. Vaquera
JACKSON LEWIS PC
500 East Main Street
Suite 800
Norfolk, VA 23510

Mr. John Stephen Wilson
WILSON & MCINTYRE, PLLC
101 West Main Street
Suite 920
Norfolk, VA 23510

Alexander Spotswood de Witt
FREEBORN & PETERS, LLP
411 East Franklin Street
P. O. Box 470
Suite 200
Richmond, VA 23218-0470

No.   17-1106,        Slay's Restoration, LLC v. Wright National Flood Ins.
                      4:15-cv-00140-RAJ-LRL

Dear Counsel:

The court has changed the starting time for oral argument in your case.

Please register in Room 222, U.S. Courthouse, no later than 8:45 a.m. Arguments will begin promptly at 9:30 a.m.

                              Sincerely,

                              /s/ Joseph L. Coleman, Jr.
                              Deputy Clerk